**Dismiss and Opinion Filed January 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01107-CR

### JAMES EDWARD PHYTHIAN III, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-47313-T**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Francis

James Phythian pleaded guilty to possession of cocaine in an amount less than one gram. The trial court deferred adjudication of guilt, placed appellant on community supervision for two years, and assessed a $1,500 fine. After the State filed a motion to proceed to adjudication of guilt, the trial court denied the motion, extended the term of appellant's community supervision by sixteen months, and modified the conditions of his supervision. Appellant's counsel filed an *Anders* brief stating that this Court has no jurisdiction over the appeal. We agree that we lack jurisdiction over the appeal. An order amending community supervision conditions is not an appealable order. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977).

We dismiss the appeal for want of jurisdiction.

_/Molly Francis/_
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
131107F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JAMES EDWARD PHYTHIAN III,
Appellant

No. 05-13-01107-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F11-47313-T.
Opinion delivered by Justice Francis,
Justices Lang-Miers and Lewis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered January 17, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–3–